**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 97-531**

In Re: HOMER W. WALKER,

Petitioner.

On Petition for Writ of Mandamus.  (CA-96-1034-5-BR)

Submitted:  March 27, 1997        Decided:  April 4, 1997

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Homer W. Walker, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Homer W. Walker has filed a petition for a writ of mandamus seeking an order from this court compelling the district court judge presiding over Walker's actions to recuse himself. Mandamus is a drastic remedy to be used only in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976). Mandamus relief is only available when there are no other means by which the relief sought could be granted, See In re Beard, 811 F.2d 818, 826 (4th Cir. 1987), and may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979). The party seeking mandamus relief carries the heavy burden of showing that he has "no other adequate means to attain the relief he desires" and that his right to such relief is "clear and indisputable." Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980). Walker has not made such a showing. Accordingly, we deny mandamus relief.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] In light of this disposition, Walker's motions to expedite and to waive local rules are hereby denied.

2